In the Matter of the Estate of MAE REGAN, Deceased. SMILEY I. REGAN, as Administrator of the Estate of MAE REGAN, Appellant; A. WALTER MURDOCK, Respondent.— In a discovery proceeding in the Surrogate's Court, Kings County, the order entered on the decision of an official referee adjudges that the respondent is entitled to possession of certain shares of stock, that the decedent made an *inter vivos* gift thereof, and that the petition be dismissed. Order reversed on the law and the facts, with costs to appellant, payable out of the estate, and the matter remitted to the Surrogate's Court fôr the entry of an order providing (1) that the shares of stock in suit, and the accumulated dividends thereon, are the property of and belong to the estate of the decedent herein; and (2) that the respondent, A. Walter Murdock, deliver the said property to the appellant, as administrator. Findings of fact and conclusions are reversed. New findings and conclusions are hereby made, to the effect that the evidence establishes that the decedent during her lifetime was, and her estate thereafter is the owner of the stock in suit; and that the respondent has failed to carry the burden of proof of establishing an *inter vivos* gift. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

JENNIE JACOBS et al., Individually and as Surviving Executors of JOSEPH JACOBS, Deceased, Appellants, v. HARRY JACOBS, Respondent.— Order dismissing the third cause of action set forth in paragraphs seventh to eleventh, inclusive, of the complaint, on the ground that it does not state facts sufficient to constitute a cause of action for libel, affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

ROBERT KAHN, Appellant, v. J. C. MANAGEMENT CORPORATION, Respondent, et al., Defendants.— Action by plaintiff upon two contracts for the sale of coal to the respondent. Respondent interposed two defenses and counterclaims. Judgment dismissing the complaint on the merits and granting respondent an award on its counterclaims, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

JOHN KLIMEK, Respondent, v. MEYER ALBERT, Doing Business as ALBERT'S O. K. GARAGE, et al., Appellants.— In an action to recover damages for personal injuries suffered by plaintiff, a pedestrian, when he fell through an unguarded opening leading from the sidewalk to the cellar, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

ANTONIO LA BARBERA, Appellant, v. HARBOR HOSPITAL, INC., Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from a judgment dismissing his complaint at the close of plaintiff's case. Judgment unanimously affirmed, without costs. Plaintiff failed to establish any negligence on the part of defendant. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.